UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:24-cv-01786-SVW-PVC | Date | October 17, 2024 |
|---|---|---|---|
| Title | *Victor Max Landers v. R. Ortiz Jr et al.* | | |

Present: The Honorable   STEPHEN V. WILSON, U.S. DISTRICT JUDGE

Paul M. Cruz                                                                N/A

Attorneys Present for Government:                    Attorneys Present for Defendant:

N/A                                                                          N/A

**Proceedings:**   ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PAY INITIAL FILING FEE

On September 9, 2024, the Court granted Plaintiff's request to proceed without payment of filing fees. ECF No. 8. In that Order, the Court instructed Plaintiff that an initial partial filing fee of $31.67 was due immediately, and that the case may be dismissed if that amount was not received by the Court within 30 days.

On October 10, 2024, Plaintiff paid $0.01 to the Court. Plaintiff must still pay the remaining $31.66 of the initial filing fee that is outstanding. Accordingly, the Court ORDERS Plaintiff to show cause in writing why this case should not be dismissed for failure to pay the initial filing fee. Plaintiff shall file a Response to this Order to Show Cause within 10 days of this order. Failure to timely or adequately respond to this Order to Show Cause, may, without further warning, result in the dismissal of the entire action.

**IT IS SO ORDERED.**

                                                                                                                        :
                                                                    Initials of Preparer          PMC